Case 2:05-cv-00186-J   Document 18   Filed 06/05/07   Page 1 of 1   PageID 85

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 5 2007

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | |
|---|---|
| FRANK EARL LOVE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:05-CV-0186 |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed a petition for a writ of habeas corpus wherein he challenges a state prison disciplinary proceeding. On May 25, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas application be dismissed as moot or, alternatively, denied on the merits. As of this date, petitioner has not filed any objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _5th_ day of _June_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE